435 A.2d 1323

Commonwealth v. Brosnick, Appellant.

Petition for Allowance of Appeal Denied Dec. 21, 1981.

Submitted February 10, 1981. Alfred B. Bell, for appellant; Albert M. Nichols, District Attorney, for Commonwealth, appellee.

Before BROSKY, DiSALLE and SHERTZ, JJ.

Judgment of sentence affirmed.